910

No. 1080, Misc. MACH ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1090, Misc. CUNNINGHAM v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *J. Roger Wollenberg* and *Timothy B. Dyk* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 1187, Misc. BOYD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 1225, Misc. ALMAND v. BALKCOM, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1242, Misc. CARLTON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1254, Misc. FURTAK v. MANCUSI, WARDEN. Ct. App. N. Y. Certiorari denied.

No. 1257, Misc. RICHARDSON v. HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1258, Misc. THOMAS v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 1263, Misc. MARSHALL ET UX. v. SOUTHERN FARM BUREAU CASUALTY Co. C. A. 5th Cir. Certiorari denied. *J. Minos Simon* for petitioners.